AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Kansas

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No.    26-6005-GEB |
| | ) | |
| Small black safe with a keypad on the front face located at the | ) | |
| Wichita Police Department at 1211 S. Emporia Street, Wichita, KS, | ) | |
| as further described in Attachment A. | ) | |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Kansas _____
*(identify the person or describe the property to be searched and give its location)*:

Small black safe with a keypad on the front face located at the Wichita Police Department at 1211 S. Emporia Street, Wichita, KS, as further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before    January 27, 2026 _____ *(not to exceed 14 days)*
☐  in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Honorable Gwynne E. Birzer _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    1/13/2026    11:06 a.m. _____    _____ *Judge's signature*

City and state:    Wichita, Kansas _____    HONORABLE GWYNNE E. BIRZER, U.S. Magistrate Judge
*Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>26-6005-GEB | Date and time warrant executed:<br>01/13/26    1325 | Copy of warrant and inventory left with: |

Inventory made in the presence of :
*WPD Detective Mark McKee*

Inventory of the property taken and name of any person(s) seized:

$8 - \$2\ Bills = \$16.00\ U.S.\ Currency$

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 01/13/26

*Executing officer's signature*

Jorge Fernandez  DEA T FO
*Printed name and title*

# ATTACHMENT A

*Property to be searched*

The property to be searched is black safe, further described as a black safe with a keypad on the front and located at the Wichita Police Department property and evidence holding facility.





# **ATTACHMENT B**

*Property to be seized*

1.  U.S. Currency or negotiable items; books, records, receipts and/or papers relating to the transportation, ordering, sale or distribution of substances in violation of State and Federal Controlled Substances Acts;

2.  cellular telephone bills-records-itemized telephone call sheets, cellular telephones phone records;

3.  records or lists of receipts, cash; bank account statements; or financial account statements;

4.  safety deposit box keys and or records of existence;

5.  tax records;

6.  videos or photographs that depict use or possession of controlled substances and/or association with known and suspected drug traffickers;

7.  records to indicate control/ownership of **SUBJECT SAFE**;

8.  controlled substances, including methamphetamine, cocaine, and fentanyl;

9.  firearms; and

10. drug paraphernalia.